IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MIGUEL RAMOS,

          Defendant.

21-CR-6126

**INFORMATION**
**(Felony)**

Violation:
18 U.S.C. § 2101(a)

(1 Count)

## COUNT 1

### (Riot)

**The United States Attorney Charges That:**

On or about May 30, 2020, in the Western District of New York, the defendant, MIGUEL RAMOS, did use a facility of interstate and foreign commerce, that is, a cellular telephone, with intent to commit any act of violence in furtherance of a riot, as defined in Title 18, United States Code, Section 2102(a), and to organize, participate in, and carry on a riot, and during the course of such use, and thereafter, performed, and attempted to perform, any other overt act for the purpose of committing any act of violence in furtherance of a riot and organizing, participating in, and carrying on a riot.

**All in violation of Title 18, United States Code, Section 2101(a).**

Dated: Rochester, New York, September 2, 2021.

                          JAMES P. KENNEDY, JR.
                          United States Attorney
                          Western District of New York

BY:     *Cassie Kocher*
                          CASSIE M. KOCHER
                          Assistant United States Attorney
                          United State Attorney's Office
                          Western District of New York
                          100 State Street, Suite 500
                          Rochester, New York 14614
                          585/399-3934
                          cassie.kocher@usdoj.gov